

November 4, 2015

**OFFICE OF**
**APPELLATE COURTS**

STATE OF MINNESOTA

IN SUPREME COURT

A15-0357

In re Petition for Disciplinary Action against
Scott Lee Nokes, a Minnesota Attorney,
Registration No. 0392060.

ORDER

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action alleging that respondent Scott Lee Nokes committed professional misconduct warranting public discipline. We referred the matter to a referee, who issued findings of facts, conclusions of law, and a recommendation for discipline. The referee found that respondent charged and attempted to collect an unreasonable, contingent fee to recover non-probate assets on behalf of a client, in violation of Minn. R. Prof. Conduct 1.5(a), and recommended that respondent be publicly reprimanded.

Respondent and the Director entered into a stipulation for discipline in which they stipulated that the referee's findings and conclusions were conclusive and waived their rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR), to briefing and oral argument before this court. The parties jointly recommend that the appropriate discipline is a public reprimand.

The court has independently reviewed the file and approves the recommended disposition.

1

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.    Respondent Scott Lee Nokes is publicly reprimanded; and

2.    Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.


Dated:  November 4, 2015                    BY THE COURT:

David R. Stras
Associate Justice

2